Certificate Number: 05781-UT-DE-041326625

Bankruptcy Case Number: 22-23631

05781-UT-DE-041326625

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2026, at 7:22 o'clock PM PDT, Katrina Bocage completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date: August 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President